UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES RICHARD FOERSTER, JR.,

    Plaintiff,

v.                                                                              Case No. 8:22-cv-1624-CPT

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

Before the Court is *Defendant[ Commissioner]'s Unopposed Motion for Entry of Judgment with Remand*. (Doc. 19). By way of her motion, the Commissioner requests that this case be remanded pursuant to sentence four of 42 U.S.C. § 405(g) so that:

> the Appeals Council [can] instruct the Administrative Law Judge to further develop the record, to offer the claimant the opportunity for a new hearing, and to issue a decision for the period prior to May 11, 2020. Furthermore, the Appeals Council will direct that, upon remand, this case be assigned to another Administrative Law Judge.

(Doc. 19 at 1). The Commissioner represents that the Plaintiff does not object to this relief. *Id.*

Sentence four of section 405(g) provides that a "court shall have [the] power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . with or without

remanding the cause for a rehearing." 42 U.S.C. § 405(g). In a sentence four remand, the appropriate procedure is for a court to enter a final judgment in the claimant's favor. *Shalala v. Schaefer*, 509 U.S. 292, 296–97 (1993); *Jackson v. Chater*, 99 F.3d 1086, 1095 (11th Cir. 1996).

In light of the above, it is hereby ORDERED:

1. *Defendant[ Commissioner]'s Unopposed Motion for Entry of Judgment with Remand* (Doc. 19) is granted.

2. The Commissioner's decision is reversed, and the case is remanded for further proceedings before the Social Security Administration consistent with this Order.

3. The Clerk of Court is directed to enter Judgment in the Plaintiff's favor and to close the case.

SO ORDERED in Tampa, Florida, this 8th day of December 2022.

*[signature]*
HONORABLE CHRISTOPHER P. TUITE
United States Magistrate Judge

Copies to:
Counsel of record